UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JASON SCOTT JORDAN,                          :
          Appellant,                         :
                                             :    Civil Action No. 5:25-cv-4712
     v.                                      :    Bankruptcy No. 24-13093
                                             :    Adversary No. 24-00145
ALAN CHRISTOPHER REDMOND,                    :
          Appellee.                          :

_____

**O R D E R**

**AND NOW**, this 5ᵗʰ day of May, 2026, for the reasons set forth in the Opinion issued this

date, **IT IS HEREBY ORDERED THAT**:

1.      The appeal is **GRANTED in part** and **DENIED in part**.

2.      The Bankruptcy Court's Order dated June 11, 2025, denying Jordan's Motion for

Leave to File Sur-Reply is **ADOPTED** and **AFFIRMED**.

3.      The Bankruptcy Court's decision dated July 31, 2025, granting summary

judgment in favor of Redmond is **ADOPTED in part**, **AFFIRMED in part**, and **REVERSED**

**in part**.

4.      Jordan's claim that the debt is not dischargeable pursuant to 11 U.S.C. § 523(a)(6)

is **REMANDED** to the Bankruptcy Court for trial.

5.      The above-caption case (Civil Action No. 5:25-cv-4712) is **CLOSED**.


                                    BY THE COURT:


                                    /s/ Joseph F. Leeson, Jr._____
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge